UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BILLETTER, ET AL. | ) | CASE NO.  5:08CV2203 |
| | ) | |
| | ) | |
| Plaintiff s | ) | |
| | ) | MAGISTRATE JUDGE LIMBERT |
| v. | ) | |
| | ) | **ORDER** |
| REDLINE RECOVERY SERVICES, | ) | |
| LLC | ) | |
| | ) | |
| Defendant | ) | |

Upon representation of counsel that the above-entitled cause of action has been settled between the parties,

**IT IS ORDERED** that the docket be marked, "settled and dismissed with prejudice; each party shall bear their own costs."

**IT IS FURTHER ORDERED** that any subsequent filing pursuant to Fed. R. Civ. P. 41, setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede this order, and the Court reserves jurisdiction to enforce the terms of settlement.

**IT IS SO ORDERED.**

Dated:    September 24, 2009                  _/s/George J. Limbert_
                                              GEORGE J. LIMBERT
                                              UNITED STATES MAGISTRATE JUDGE