IT IS SO ORDERED:
/s/George J. Limbert
U.S. MAGISTRATE JUDGE
02/01/10

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Richard Billetter, et al.,  Plaintiff,  v.  Redline Recovery Services, LLC,  Defendant. | Case No. 5:08-cv-02203-PCE  **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismiss the present action with prejudice.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

| Macey & Aleman, P.C. | Surdyk, Dowd & Turner Co., L.P.A. |
|---|---|
| By: */s/ Richard J. Meier* | By: */s/ Boyd W. Gentry* |
| Richard J. Meier | Boyd W. Gentry |
| 233 S. Wacker Drive, Suite 5150 | One Prestige Place, Suite 700 |
| Chicago, IL 60606 | Miamisburg, Ohio 45342 |
| Tel: 1.866.339.1156 | Ph. 937.222.2333 |
| Fax: 1.312.822.1064 | Fax 937.222.1970 |
| rjm@legalhelpers.com | bgentry@sdtlawyers.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |